# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 17-CR-2272-LAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |
| MANUEL ENRIQUE VONBORSTEL-MENDOZA, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INDICTMENT in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: SEPTEMBER __8__, 2017.

_____
HONORABLE LARRY A. BURNS
United States District Judge